## Rudolf Johnson, Appellant, v. John H. Sengstacke et al., Appellees.

Gen. No. 44,093.

opinion
filed May 4, 1948; released for publication June 4, 1948. B. G. Clanton, for appellant; Nat M. Kahn and David J. A. Hayes, for appellees. Opinion by JUSTICE SULLIVAN. Not to be published in full.

